IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TORRANCE CAERY                                                    PETITIONER

v.                                        No. 6:14-CV-06106

WENDY KELLEY, Director,
Arkansas Department of Correction                                RESPONDENT

## ORDER

The Court has received a report and recommendations (Doc. 12) from Chief United States Magistrate Judge Barry A. Bryant, finding that each of the six claims for relief plainly lack merit and recommending that the petition for a writ of habeas corpus be denied, that the case be dismissed with prejudice, and that no certificate of appealability should issue. Petitioner Torrance Caery has filed objections (Doc. 16) to the Magistrate's findings and analysis on each of Petitioner's six claims. Upon due consideration, the Court finds that Petitioner's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations, that the Magistrate's report does not otherwise contain any clear error, and that the Magistrate's report should be, and hereby is, ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner Torrance Caery's petition for a writ of habeas corpus is DENIED and this case is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that no certificate of appealability be issued.

Judgment will be entered accordingly.

IT IS SO ORDERED this 19th day of July, 2016.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE